PAVLINA RAFTER - #304181
rafter.pavlina@dorsey.com
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

JOSEPH W. HAMMELL - #MN0172698
hammell.joe@dorsey.com
*Pro Hac Vice Application Pending*
JILLIAN KORNBLATT - #MN0391232
kornblatt.jillian@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Defendants
Frank N. Magid Associates, Inc., Jaime Spencer,
Eric Kostello, and Aaron Hoffman

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL AMAYA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK N. MAGID ASSOCIATES, INC., a California corporation; JAIME SPENCER, an individual; ERIC KOSTELLO, an individual; AARON HOFFMAN, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-CV-08051 FMO (SS)<br><br>[State Case No.: BC635347]<br><br>**ORDER REGARDING DISMISSAL WITHOUT PREJUDICE**<br><br>**Action Filed: September 26, 2016** (state court)<br>**Trial Date: Not Set** |

///

///

ORDER

**ORDER**

Upon the stipulation of the parties, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, that all claims in the above captioned action shall be dismissed in their entirety, without prejudice, and with each party bearing his or its own costs, expenses, and attorneys' fees. The parties further stipulate and agree that an order dismissing the above-captioned action in its entirety, without prejudice, shall be entered without further notice or hearing.

IT IS SO ORDERED.

DATED: November 4, 2016        BY  _____/s/_____
                                   Honorable Judge of the United States
                                   District Court for the Central District
                                   of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

All Case Participants are registered for the USDC CM/ECF System

**CASE NO. 2:16-CV-08051**

**[PROPOSED] ORDER REGARDING DISMISSAL WITHOUT PREJUDICE**

I hereby certify that on November 4, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: November 4, 2016                    DORSEY & WHITNEY LLP


                                           By:   */s/ Pavlina K. Rafter*
                                                 PAVLINA K. RAFTER