PAVLINA RAFTER - #304181
rafter.pavlina@dorsey.com
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile:    (714) 800-1499

JOSEPH W. HAMMELL - #MN0172698
hammell.joe@dorsey.com
*Pro Hac Vice Application Pending*
JILLIAN KORNBLATT - #MN0391232
kornblatt.jillian@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:   (612) 340-2600
Facsimile:    (612) 340-2868

Attorneys for Defendants
Frank N. Magid Associates, Inc., Jaime Spencer,
Eric Kostello, and Aaron Hoffman

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AMAYA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRANK N. MAGID ASSOCIATES, INC., a California corporation; JAIME SPENCER, an individual; ERIC KOSTELLO, an individual; AARON HOFFMAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants**.** | CASE NO.  2:16-CV-08051-FMO (SSx)<br><br>[State Case No.: BC635347]<br><br>**ORDER  ON STIPULATION [9] REGARDING DISMISSAL WITH PREJUDICE**<br><br>**Action Filed: September 26, 2016 (state court)**<br>**Trial Date: Not Set** |

///

///

## **<u>ORDER</u>**

Upon the stipulation of the parties, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, that all claims in the above captioned action shall be dismissed in their entirety, with prejudice, and with each party bearing his or its own costs, expenses, and attorneys' fees. The parties further stipulate and agree that an order dismissing the above-captioned action in its entirety, with prejudice, shall be entered without further notice or hearing.

IT IS SO ORDERED.


DATED: March 16, 2017                    BY  _____/S/_____
                                         Honorable Judge of the United States
                                         District Court for the Central District
                                         of California